**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GEORGE COLLIER,

    Plaintiff,

v.                                              Case No: 8:11-CV-1350-T-30TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

# **ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #18) and the Objection (Dkt. #20) filed thereto.

    After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.  The Report and Recommendation (Dkt. #18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.  Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Dkt. #9) is GRANTED.

3.  This case is dismissed.

4.  The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 15, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2011\11-cv-1350.adopt 18.wpd